ELLA BUSEY et al., *Appellants,* V. WILLIAM STOCK-
HOFF et al., *Appellees.*

No. 17,935.

HEADNOTE BY THE REPORTER.

ESTATES TAIL—*May be Barred by Conveyance in this State.*
The statute *de donis* and the rule of the common law ex-
pressed therein relating to estates tail are in full force and
effect in Kansas, and an estate tail is capable of being barred
by a conveyance of record made by the tenant in tail.

Appeal from Wyandotte district court, division No.
2.   Opinion filed February 8, 1913.   Affirmed.

*J. N. Baird,* of Kansas City, for the appellants.

*H. L. Alden,* and *Junius W. Jenkins,* both of Kansas
City, for the appellees.

*Per Curiam:* Action in ejectment. The defendants
had judgment for costs. The plaintiffs appeal.

The case is controlled by the decision just handed
down in *Ewing v. Nesbitt,* ante, p. 708, 129 Pac. 1135, in
which it is held that the statute *de donis* and the rule of
the common law expressed therein are in full force and
effect in this state, and that an estate tail is capable of
being barred by a conveyance of record made by the
tenant in tail.   It follows therefore that the conveyance
made to the defendants by Robert O'Donnell, the sole
surviving tenant in tail, and his wife, Hulda O'Donnell,
barred the issue born and unborn of the tenants in tail
as well as the donors' reversion.

The judgment is affirmed.